IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

Case No. 2:10-CR-0315(2)
JUDGE EDMUND A. SARGUS, JR.

SHAWAN JOHNSON,

    **Defendant.**

## ORDER

Presently before the Court is Defendant Shawan Johnson's Motion to Permit Defendant to Attend Funeral of Father (Doc. 252), which is opposed by the Government. The Court is disinclined to grant Defendant's motion, as Defendant is currently serving a term of imprisonment of twenty-three years (23) to life after being convicted in the Franklin County Court of Common Pleas of murder with a firearm specification. Defendant's motion, therefore, is **DENIED**.

**IT IS SO ORDERED.**

  01-11-2012
**DATED**

                    /S/ *Edmund A. Sargus, Jr.*
                    **EDMUND A. SARGUS, JR.**
                    **UNITED STATES DISTRICT JUDGE**